IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHERIE F. WOODARD**                                                                                          **PLAINTIFF**

v.                                        Case No. 3:20-cv-00396-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Cherie F. Woodard's complaint is dismissed with prejudice (Dkt. No. 2). The relief requested is denied.

It is so ordered this the 29th day of August, 2022.

_____
Kristine G. Baker
United States District Judge